IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ROBERTA SHANK AND BILL SHANK d/b/a CHIEF'S JANITORIAL, | ) ) ) | |
| Plaintiffs, | ) ) | 4:06CV3253 |
| v. | ) ) | |
| ALLEN HORAK, DEPARTMENT OF ROADS, DISTRICT 4 OPERATIONS AND MAINTENANCE MANAGER, Individually, | ) ) ) ) ) | ORDER |
| Defendants. | ) ) | |

This matter is before the court *sua sponte*. On November 16, 2006, the court informed the parties by letter of their obligation to meet and confer pursuant to Fed. R. Civ. P. 26(f) and to file a written report of their meeting. No such report has been received by the court, and the motion to dismiss has been denied.

Accordingly,

IT IS ORDERED, the parties shall report to the court in accordance with Fed. R. Civ. P. 26(f) on or before February 5, 2007.

DATED this 22nd day of January, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge