```
              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEBRASKA

ROBERTA SHANK and BILL SHANK,   )
                                )
          Plaintiffs,           )
                                )          4:06CV3253
     v.                         )
                                )
ALLEN HORAK, Department of      )
Roads, District 4 Operations    )          ORDER
and Maintenance Manager,        )
Individually,                   )
                                )
          Defendant.            )
                                )
```

IT IS ORDERED:

Defendant's motion for time, filing 16, is granted and defendant's deadline for filing a motion to dismiss or motion for summary judgment is extended from March 8, 2007 to May 8, 2007.

DATED this 9th day of March, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge