IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ROBERTA SHANK and BILL SHANK, | )<br>)|
| Plaintiffs, | )<br>)   4:06CV3253 |
| v. | )<br>) |
| ALLEN HORAK, Department of Roads, District 4 Operations and Maintenance Manager, Individually, and ALAN GALAWAY, Nebraska Department of Roads, Maintenance Manager, Individually, | )<br>)   ORDER<br>)<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

IT IS ORDERED:

Defendants' motion for time, filing 24, is granted and the deadline for filing a motion to dismiss or motion for summary judgment is extended to June 27, 2007.

DATED this 26th day of April, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge