THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ROBERTA SHANK and BILL SHANK d/b/a CHIEF'S JANITORIAL, | ) ) ) ) | 4:06CV3253 |
| Plaintiffs, | ) ) | |
| vs. | ) ) | **MEMORANDUM AND ORDER** |
| ALLEN HORAK, DEPARTMENT OF ROADS, DISTRICT 4 OPERATIONS AND MAINTENANCE MANAGER, Individually, and ALAN GALAWAY, NEBRASKA DEPARTMENT OF ROADS, MAINTENANCE MANAGER, Individually, | ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

Plaintiffs have filed a motion (filing 36) for an extension of time within which to respond to Defendants' motion (filing 31) for summary judgment and dismissal.  I shall grant Plaintiffs' motion.

IT IS ORDERED:

1. Plaintiffs' motion (filing 36) for an extension of time within which to respond to Defendants' motion (filing 31) for summary judgment and dismissal is granted;

2. Plaintiffs shall submit their response to Defendants' motion (filing 31) for summary judgment and dismissal on or before August 15, 2007;

3. The Clerk of Court shall adjust the court's internal computerized record-keeping system to reflect that the "response due" date on Filing 31 is August 15, 2007.

July 31, 2007.

>BY THE COURT:
>s/ *Richard G. Kopf*
>United States District Judge