THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ROBERTA SHANK and BILL SHANK d/b/a CHIEF'S JANITORIAL, | ) ) ) | 4:06CV3253 |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| ALLEN HORAK, DEPARTMENT OF ROADS, DISTRICT 4 OPERATIONS AND MAINTENANCE MANAGER, Individually, and ALAN GALAWAY, NEBRASKA DEPARTMENT OF ROADS, MAINTENANCE MANAGER, Individually, | ) ) ) ) ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

Defendants' counsel has filed a motion (filing 39) to amend the defendants' brief in support of their motion for summary judgment and to dismiss (filing 31).

IT IS ORDERED:

1. Defendants' motion (filing 39) for leave to amend Defendants' brief in support of their motion for summary judgment and to dismiss to comply with NECivR 56.1(a)(1) is granted;

2. Defendants shall submit their amended brief, containing a separate statement of material facts, in support of their motion for summary judgment and to dismiss on or before August 24, 2007, along with Defendants' reply to Plaintiffs' brief in opposition to Defendants' motion

for summary judgment and to dismiss;

3.   Plaintiffs shall then have until September 5, 2007, to submit a response to Defendants' amended brief, but only with regard to amendments made by Defendants in the added statement of material facts;

4.   The Clerk of Court shall adjust the court's internal computerized record-keeping system to reflect that the "response due" date on Filing 31, Defendants' motion for summary judgment and to dismiss, is September 5, 2007.

August 20, 2007.

BY THE COURT:
s/ *Richard G. Kopf*
United States District Judge