```
              IN THE UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF NEBRASKA

ROBERTA SHANK and BILL SHANK      )
d/b/a CHIEF'S JANITORIAL,         )
                                  )
              Plaintiffs,         )         4:06CV3253
                                  )
       v.                         )
                                  )
ALLEN HORAK, DEPARTMENT OF        )             ORDER
ROADS, DISTRICT 4 OPERATIONS      )
AND MAINTENANCE MANAGER,          )
Individually, and ALAN            )
GALAWAY, NEBRASKA DEPARTMENT      )
OF ROADS MAINTENANCE MANAGER,     )
Individually,                     )
                                  )
              Defendants.         )
                                  )
```

IT IS ORDERED:

1.  The mediation reference order, filing 44, is withdrawn.

2.  The motion for summary judgment, filing 31, is reinstated.

3.  If the motion for summary judgment is denied, the case will be promptly set for pretrial conference and trial. Counsel shall confer and inform the undersigned of possible trial dates as soon as practicable after the court's ruling.

DATED this 11th day of October, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge